# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:22-cv-00342-RGK-RAO | Date | May 12, 2022 |
|---|---|---|---|
| Title | *Michael Stokes v. All Worlds Resorts, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

The Clerk entered default against Defendants on April 6, 2022. (*See* ECF No. 19.) The following day, the Court ordered Plaintiff to file a motion for default judgment by May 6, 2022. (*See* ECF No. 20.) Plaintiff failed to file a motion by that date. The Court therefore orders Plaintiff to show cause, in writing, as to why this case should not be dismissed for lack of prosecution. Failure to show good cause by May 17, 2022 will result in dismissal.

Furthermore, Defendants filed an answer after the Clerk entered default against them. (*See* ECF No. 21.) The Court accordingly **STRIKES** Defendants' answer.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/k |