UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS6**

**CIVIL MINUTES - GENERAL**

| Case No. | 22-cv-00342-RGK-RAO | Date | August 22, 2022 |
|---|---|---|---|
| Title | *Michael Stokes v. All Worlds Resorts, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendants:

Not Present                                            Not Present

**Proceedings:**   **(IN CHAMBERS) Order to Dismiss Action for Lack of Prosecution**

On February 23, 2022, Michael Stokes ("Plaintiff") filed a complaint against All Worlds Resorts, Inc., and Austin Basford ("Defendants") for direct copyright infringement. Plaintiff filed Proof of Service on March 17, 2022 (ECF. No. 15-16), and Defendants failed to timely file an Answer. Subsequently, default was entered against Defendants on April 6, 2022.

On May 17, 2022, Plaintiff filed a Motion for Default Judgment. On June 6, 2022, Defendants filed an Ex Parte Application to Quash Summons and To Set Aside Entry of Default, but the Application was denied by the Court. On June 13, 2022, Defendants filed a Motion to Set Aside Default and Quash Service of Process. On July 19, the Court issued an order granting Defendants' Motion to Set Aside. On July 22, 2022, the Court issued an OSC re Dismissal for Lack of Prosecution, which Plaintiff responded to on July 29, 2022.

Upon review and consideration of Plaintiff's response, the Court finds insufficient good cause to show why Defendants have not been served. The action is hereby **dismissed** in its entirety for lack of prosecution.

**IT IS SO ORDERED.**

Initials of Preparer     jre/v